NATHAN SILIN and Another, Partners in the Firm of SILIN WHOLESALE AND MANUFACTURING COMPANY, Appellants, v. LOUIS JOY and Another, Respondents. — Order denying motion for severance and summary judgment affirmed, with ten dollars costs and disbursements. Appeal from order entered August 20, 1929, dismissed, without costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ROBERT PARSONS, Respondent, v. NICHOLSON UNIVERSAL STEAMSHIP COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Rodrigues* v. *Transmarine Corp.* (216 App. Div. 337). (See *Lynott* v. *Great Lakes Transit Corp.*, 202 App. Div. 613; affd., 234 N. Y. 626, and *Patrone* v. *Howlett*, 237 id. 394.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ELIZABETH CROCKER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CORBIN, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ALFREDA SCHRADER, as Administratrix, etc., of CARL F. SCHRADER, Deceased, Appellant, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of FYBERN HOLDING CORPORATION for a Peremptory Mandamus Order Directed to JOSEPH G. ZEITLER, as Director of Licenses, and FRANK X. SCHWAB, as Mayor of the City of Buffalo, Directing the Issuance and Delivery of a Permit for Dancing.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

UTILITIES MUTUAL INSURANCE COMPANY and Another, Subrogated to the Rights of the LIVINGSTON-NIAGARA POWER COMPANY and Another, Appellants, v. EBSARY GYPSUM COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ABRAHAM DOBOSEN and Another, Respondents. v. DANIEL A. DRISCOLL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WINSLOW S. MARTIN and Others, Appellants, v. IROQUOIS GAS CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PROGRESSIVE FOUNDRY WORKS, INCORPORATED, Respondent, v. JOSEPH AMDOURSKY, Appellant, and CITY OF ROCHESTER, Respondent.—Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

HELEN LAMMES, as Administratrix, etc., of REINDERT LAMMES, Deceased, Respondent, v. WARD BROTHERS COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ. [134 Misc. 288.]